◎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 2 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kacey D. Jones | ) | Case No: 5:04CR50030-001 |
| | ) | USM No: 07428-010 |
| Date of Previous Judgment: 02/15/2005 | ) | James B. Pierce |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70 months__ months **is reduced to** __57 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __26__  Amended Offense Level: __24__
Criminal History Category: __II__  Criminal History Category: __II__
Previous Guideline Range: __70__ to __87__ months  Amended Guideline Range: __57__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all ~~provisions of the judgment dated~~ __02/15/2005__ ~~shall remain~~ in effect.
**IT IS SO ORDERED.**
Order Date: July 2, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Jimm Larry Hendren, Chief U.S. District Judge
Printed name and title